
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 5/18/11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIAN SCOTT SPURLIN | DOCKET NO. 11-255; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN WILLIAM A. SHERROD, JR. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 18 day of May, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE